■ In the Matter of the Claim of PHILIP GRECO, Respondent. CAMERON-MILLER SURGICAL INSTRUMENTS COMPANY, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application, pursuant to section 538 of the Labor Law, to fix the fee of the attorney appointed to represent claimant-respondent upon appeal from a decision of the Unemployment Insurance Appeal Board in favor of claimant granted, and fee fixed at $150, to be paid by the Industrial Commissioner. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEFFREY E. O'DONNELL, Appellant.— Motion, insofar as it seeks extension of time to perfect appeal granted, and time extended to March 20, 1968, and in all other respects denied, without costs. The application for an order providing defendant with a copy of the trial minutes should be made to the trial court in the first instance (*People* v. *Colascione*, 19 N Y 2d 791). Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.